# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 16-2722-MV | | USA vs. | Martin |
| Date: | June 12, 2019 | | Name of Deft: | Wayne Martin |
| | Before the Honorable | | Martha Vázquez | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 10:10 a.m. / 11:00 a.m. | Total Time in Court (for JS10): | 50 minutes | |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister | |
| AUSA: | Jeremy Pena | Defendant's Counsel: | Angelica Hall | |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | | |
| Probation Officer: | Sandra Day | Sworn? | Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | Accepted | | Not Accepted | **X** No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 1/15/17 | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): 37 days or time served, whichever is less

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 1 year | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | **X** | Home confinement for 5 months, RF technology, curfew component |
| **X** | Substance abuse testing | | Community service for ____ months ____ days |
| | Substance abuse treatment program | | Reside residential reentry center _____ months _____ days |
| | Mental health treatment program | | Register as sex offender |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| **X** | Provide budget to probation officer and Court in 30 days (to be provided monthly to probation officer and Court during entire term of supervision) | | No volunteering where children supervised |
| **X** | Set aside money and establish savings account | | Restricted from occupation with access to children |
| | | | No loitering within 100 feet of school yards |
| OTHER: | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | **0** | | | Restitution: $ | **0** | |
| SPA: $ | 100 | ($100 as to each Count) | Payment Schedule: | **X** Due Imm. | | Waived |
| OTHER: | | | | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant. Defense counsel addresses Court. Government counsel addresses Court. Court addresses defendant and imposes sentence. |